JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BERNARD ERNST, | Case No. 2:22-cv-00354-GW-JC |
| Petitioner, | |
| v. | JUDGMENT |
| FEDERAL BUREAU OF PRISONS, et al., | |
| Respondents. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 14, 2022

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE